STATE OF NEW JERSEY v. GLORIA STEVENS HURLOCK.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD J. BLANCHARD.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. HARRY L. BUNDY.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN G. TRANSUE.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RANDY JOHNSON.

May 30, 1989.

Petition for certification denied.